IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| **IN RE:** Jones, Michael R | Case Number: 06 B 03199 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/2/07 | Filed: 3/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Ch 7 Conversion: July 27, 2007
Confirmed: July 25, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 39,837.12 |  |
| Secured: |  | 34,926.26 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,683.74 |
| Trustee Fee: |  | 1,935.01 |
| Other Funds: |  | 1,292.11 |
| Totals: | 39,837.12 | 39,837.12 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Ledford & Wu | Administrative | 1,683.74 | 1,683.74 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 25,783.04 | 25,783.04 |
| 5. | City Of Chicago | Secured | 321.93 | 165.00 |
| 6. | America's Servicing Co | Secured | 10,175.44 | 8,978.22 |
| 7. | Sallie Mae | Unsecured | 32,310.59 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 1,223.05 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,899.34 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 49.50 | 0.00 |
| 11. | IIT | Unsecured | 6,322.09 | 0.00 |
| 12. | Metropolitan L Fed Credit | Unsecured | 1,164.41 | 0.00 |
| 13. | McLeod USA | Unsecured | 161.20 | 0.00 |
| 14. | Carol Dillard | Priority | | No Claim Filed |
| 15. | Comcast | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 18. | Cingular Wireless | Unsecured | | No Claim Filed |
| 19. | Monitronics International | Unsecured | | No Claim Filed |
| 20. | Education Debt Service | Unsecured | | No Claim Filed |
| 21. | SBC | Unsecured | | No Claim Filed |
| 22. | Nextcard Payment Services | Unsecured | | No Claim Filed |
| 23. | Mercy Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 81,094.33 | $ 36,610.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jones, Michael R

Printed: 10/2/07

Case Number: 06 B 03199
Judge: Goldgar, A. Benjamin
Filed: 3/28/06

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 570.54 |
| 4.8% | 806.27 |
| 5.4% | 558.20 |
| | _____ |
| | $ 1,935.01 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_